UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18CR00831 CDP/SPM |
| CURTIS ALFORD, | ) |
| Defendant. | ) |

## GOVERNMENT'S NOTICE OF INTENTION NOT TO SEEK DEATH PENALTY

Comes now Jeffrey B. Jensen, United States Attorney for this District, Paul J. D'Agrosa and Anthony Box, Assistant United States Attorneys and hereby serve notice to the Court that the United States does not intend to seek the death penalty as to Defendant Alford in the above cause.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Paul J. D'Agrosa*
PAUL D'AGROSA, #36966MO
Assistant U.S. Attorney
*/s/ Anthony Box*
ANTHONY BOX, #58575MO
Special Assistant U.S. Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this 30th day of October, 2018 on Mr. Justin Gelfand, counsel for Defendant Alford, via this Court's electronic case filing system.

/s/ Paul J. D'Agrosa