UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:18-CR-00831-CDP-SPM |
| CURTIS ALFORD, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Curtis Alford ("Alford"), by and through undersigned counsel, respectfully moves for a continuance of the sentencing hearing that is presently scheduled for March 17, 2020. (Doc. 85). Counsel for the United States does not object to this motion.

This request is being made because undersigned counsel is scheduled to begin a trial on March 16, 2020 in the United States District Court for the Eastern District of Missouri. *See United States v. Petty*, No. 4:19-CR-272-SRC. That trial is expected to last several days and will prevent undersigned counsel from being available for the sentencing hearing in this case.

Based on the foregoing, Alford respectfully requests that this Court continue the sentencing hearing to a date that is convenient for this Court and the parties.

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ *Justin K. Gelfand*
JUSTIN K. GELFAND, #62265MO
8000 Maryland Ave., Ste. 420
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ATTORNEY FOR DEFENDANT

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

                                                           */s/ Justin K. Gelfand*
                                                           JUSTIN K. GELFAND, #62265
                                                           8000 Maryland Ave., Ste. 420
                                                           St. Louis, MO 63105
                                                           Telephone: 314.390.0234
                                                           Facsimile: 314.485.2264
                                                           justin@margulisgelfand.com
                                                           ATTORNEY FOR DEFENDANT