UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18 CR 831 CDP-1 |
| ) | |
| CURTIS ALFORD, ) | |
| ) | |
| Defendant. ) | |

**<u>MEMORANDUM AND ORDER</u>**

On May 9, 2025, defendant Curtis Alford filed a document captioned "Motion for Nunc-Pro-Tunc Designation" (ECF 147) requesting that he serve his concurrent state and federal sentences in the Federal Bureau of Prisons instead of in the Missouri Department of Corrections where he is presently incarcerated. Based on the nature of Alford's claim, I construe his motion as a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See Barkfelt v. Villmer*, No. 4:16CV62 JMB, 2016 WL 3141379 (E.D. Mo. June 6, 2016) (challenge to execution of sentence, including to the designation of the place of confinement under the primary jurisdiction doctrine, is properly brought under 28 U.S.C. § 2241). I will therefore direct the Clerk of Court to terminate the motion in this criminal case and cause it to be filed as a new civil action under § 2241. I will also direct the Clerk to terminate Alford's related motion to proceed in forma pauperis and inmate

account statement in the criminal case (ECF 149, 150) and refile them in the new civil action.

Pursuant to Local Rule 2.06(A), I will direct the Clerk to provide Alford with a standard Court form for § 2241 petitions.  Alford will have thirty (30) days from the date of this Order to file an amended petition under § 2241 on the Court-provided form, with the amended petition to be filed in the new civil case.  As more than six months have passed since Alford filed his motion to proceed in forma pauperis and inmate account statement, I will also direct the Clerk to provide Alford with a standard Court form for a motion to proceed in forma pauperis in habeas cases for Alford to complete and file with his amended petition.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall terminate the "Motion for Nunc-Pro-Tunc Designation" docketed at ECF 147 in this criminal case, as well as the motion to proceed in forma pauperis docketed at ECF 149, and cause both motions and the related inmate account statement (ECF 150) to be filed **forthwith** in a new civil action under 28 U.S.C. § 2241.

**IT IS FURTHER ORDERED** that upon opening the new civil action, the Clerk of Court shall mail to Curtis Alford a copy of the Court's forms "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" and "Motion to Proceed In Forma Pauperis and Affidavit in Support – Habeas Cases."

**IT IS FURTHER ORDERED** that Curtis Alford shall file an amended petition under § 2241 and amended motion to proceed in forma pauperis on the Court-provided forms within thirty (30) days of the date of this Order.   Failure to timely comply with this Order may result in the dismissal of the civil action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket this Order in this criminal case and in the new civil action to be opened as directed by this Order.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2026.